**Electronically Filed
Supreme Court
SCWC-16-0000005
18-JUL-2016
10:41 AM**

SCWC-16-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee,

and

JOHN MULLEN & COMPANY, INC.,
Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000005; AB 2015-259(H); DCD NO. 1-87-00882)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on June 13, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 18, 2016.

Dwight J. Vicente,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

